**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION**

| | | |
|---|---|---|
| **In the Matter of:** | | |
| Jazmine S. Pollard | } | **Case No: 21-82054-CRJ13** |
| SSN: XXX-XX-5533 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

**ORDER**

This matter came before the Court on Monday, July 17, 2023 10:00 AM, for a hearing on the following:

> RE: Doc #57; Motion for Relief from Stay as to leased property filed by Woodmere Reserve SH Legacy at the Lake

Proper notice of the hearing was given and appearances were made by the following:

> Brandon Smith, attorney for Jazmine S. Pollard (Debtor)
> Michele T. Hatcher (Trustee)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

> The Motion for Relief from Stay as to leased property filed by Woodmere Reserve SH Legacy at the Lake is DENIED without prejudice for the reasons stated on the record.

Dated: 07/17/2023

/s/ CLIFTON R. JESSUP JR.
CLIFTON R. JESSUP JR.
United States Bankruptcy Judge