# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126−8 | User: admin | Date Created: 7/17/2023 |
| Case: 21−82054−CRJ13 | Form ID: pdfsty | Total: 6 |

**Recipients of Notice of Electronic Filing:**
tr     Michele T. Hatcher     ecf@ch13decatur.com
aty     G. John Dezenberg, Jr.     dezlaw@bellsouth.net
aty     Larry Darby     Bankruptcy@AlabamaEvictions.com

                                                             TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Jazmine S. Pollard     1220 Smith Ave.     Apt. C     Decatur, AL 35603
cr     VW Credit, Inc.     14841 Dallas Parkway, Suite 425     Dallas, TX 75254
cr     Woodmere Reserve SII Legacy at the Lake     C/O Darby Law Firm, LLC     P.O. Box 3905     Montgomery, AL 36109

                                                             TOTAL: 3