United States Bankruptcy Court
Northern District of Alabama

| | |
|---|---|
| In re: | Case No. 21-82054-CRJ |
| Jazmine S. Pollard | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1126-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 17, 2023 | Form ID: pdfsty | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jazmine S. Pollard, 1220 Smith Ave., Apt. C, Decatur, AL 35603-2646 |
| cr | + | Woodmere Reserve SII Legacy at the Lake, C/O Darby Law Firm, LLC, P.O. Box 3905, Montgomery, AL 36109-0905 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jul 18 2023 00:38:00 | VW Credit, Inc., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| G. John Dezenberg, Jr. | on behalf of Debtor Jazmine S. Pollard dezlaw@bellsouth.net dezlawecf@gmail.com;dezlaw@ecf.courtdrive.com;smedders@bellsouth.net |
| Larry Darby | on behalf of Creditor Woodmere Reserve SII Legacy at the Lake Bankruptcy@AlabamaEvictions.com |
| Michele T. Hatcher | ecf@ch13decatur.com treata.shelton@ch13decatur.com;tina.worley@ch13decatur.com |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Jazmine S. Pollard | } | **Case No: 21-82054-CRJ13** |
| SSN: XXX-XX-5533 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER

This matter came before the Court on Monday, July 17, 2023 10:00 AM, for a hearing on the following:

    RE: Doc #57; Motion for Relief from Stay as to leased property filed by Woodmere Reserve SH Legacy at the Lake

Proper notice of the hearing was given and appearances were made by the following:

    Brandon Smith, attorney for Jazmine S. Pollard (Debtor)
    Michele T. Hatcher (Trustee)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

    The Motion for Relief from Stay as to leased property filed by Woodmere Reserve SH Legacy at the Lake is DENIED without prejudice for the reasons stated on the record.

Dated: 07/17/2023                                                        /s/ CLIFTON R. JESSUP JR.
                                                                                         CLIFTON R. JESSUP JR.
                                                                                         United States Bankruptcy Judge